IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTIRCT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY LADD and NICHOLAS BRINDLE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:20-CV-00626 |
| v. | ) ) | |
| NASHVILE BOOTING, LLC | ) ) | Judge Eli J. Richardson |
| Defendant. | ) ) | Magistrate Judge Alistair E. Newbern |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT AND JUDGMENT**

Class Representative Plaintiffs Anthony Ladd and Nicholas Brindle ("Plaintiffs") hereby move for an Order granting preliminary approval of the Parties' proposed Settlement Agreement (copy filed as Dkt. 105-1) and consent judgment of the Plaintiffs' and Class' claims. Defendant does not oppose this Motion.

The Parties also request that the Court: (1) approve the Parties' proposed process for and content of Class Notice to class members of the pendency of this action and the proposed class settlement and consent judgment; and (2) set a date for a fairness hearing for final approval of the settlement, Class Counsel's proposed attorneys' fees and costs, and proposed service awards for the Class Representative Plaintiffs.

Because the Parties' proposed settlement and consent judgment satisfies the requirements of Rule 23(e)(2), and for the reasons set forth in Plaintiffs' contemporaneously filed Memorandum in Support of this Motion (Dkt. 105), preliminary approval should be granted.

DATED: May 21, 2024                    Respectfully submitted,

s/Mark Hammervold
Mark Hammervold, TN #31147
Daniel Kotchen (*pro hac vice*)
Daniel Low (*pro hac vice*)
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
mhammervold@kotchen.com;
dkotchen@kotchen.com
dlow@kotchen.com

*Attorneys for Plaintiffs and
the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2024, a true and correct copy of the foregoing filing was served through the ECF electronic filing system upon the following counsel of record for the Defendant.

Andrew N. Grams, BPR No. 18380
John R. Tarpley, BPR, No. 9661
Michael S. Holder, BPR No. 34284
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615
Telephone: (615) 259-1366
*Attorneys for Defendant*

/s/ Mark Hammervold