# IN THE U.S. DISTRICT COURT
## FOR THE MIDDLE DISTIRCT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ANTHONY LADD and NICHOLAS** | ) | |
| **BRINDLE, on behalf of themselves** | ) | |
| **and all others similarly situated,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 3:20-CV-00626** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NASHVILE BOOTING, LLC** | ) | |
| | ) | **Judge Eli J. Richardson** |
| **Defendant.** | ) | **Magistrate Judge Alistair E. Newbern** |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND JUDGMENT

Class Representative Plaintiffs Anthony Ladd and Nicholas Brindle ("Plaintiffs") hereby move for an Order granting final approval of the Parties' Settlement Agreement (copy previously filed as Dkt. 105-1) and entering the consent judgment on the Class' claims. Defendant does not oppose this Motion. No class member has objected or opted out of the Class Settlement and Judgment.

The Parties also request that the Court approve the requested attorneys' fees award for Class Counsel and the service awards for the Class Representative Plaintiffs.

Because the Class Settlement and Judgment satisfies the requirements of Rule 23(e)(2), and for the reasons set forth in Plaintiffs' contemporaneously filed Memorandum in Support of this Motion, final approval should be granted.

1

DATED: October 10, 2024                      Respectfully submitted,

                                             s/Mark Hammervold
                                             Mark Hammervold, TN #31147
                                             Daniel Kotchen (*pro hac vice*)
                                             Daniel Low (*pro hac vice*)
                                             KOTCHEN & LOW LLP
                                             1918 New Hampshire Ave. NW
                                             Washington, DC 20009
                                             Telephone: (202) 471-1995
                                             mhammervold@kotchen.com;
                                             dkotchen@kotchen.com
                                             dlow@kotchen.com

                                             *Attorneys for Plaintiffs and*
                                             *the Putative Class*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2024, a true and correct copy of the

foregoing filing was served through the ECF electronic filing system upon the following counsel

of record for the Defendant.

        Michael S. Holder, BPR No. 34284
        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, TN 37219-8615
        Telephone: (615) 259-1366
        *Attorneys for Defendant*


        */s/ Mark Hammervold*